

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2022

No. 04-22-00598-CR

**EX PARTE** Jesus Alfredo Garcia **CASTILLO**

From the County Court, Kinney County, Texas
Trial Court No. 10574CR
Honorable Tully Shahan, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION. Appellant's motion to dismiss is DENIED AS MOOT.

It is so **ORDERED** on December 7, 2022.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2022.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court